In the Matter of the Estate of IDA M. HALL, Deceased. EMMA L. LEWIS, Appellant; SAMUEL C. HALL et al., Respondents.

(Argued June 1, 1932; decided June 21, 1932.)

*Bruce R. Tuttle* and *Nathan A. Smyth* for appellant.

*John L. Fray* for Samuel C. Hall et al., respondents.

*Egbert C. Everest* for William H. Sholes et al., respondents.

Order affirmed, with costs, payable out of the estate, on the authority of *Hopkins* v. *Hopkins* (236 N. Y. 545); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.